EDWARD H. KUBO, JR.      2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI     2286
Chief, Narcotics Section

MICHAEL K. KAWAHARA      1460
Assistant U. S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 51083
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff United States
of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 04-0034DAE-02 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER FOR DISMISSAL AS TO |
| ) | DEFENDANT EDWIN C. MEDEIROS; |
| ) | EXHIBIT "1" |
| SUN KUM MEDEIROS,    (01) ) | |
| EDWIN C. MEDEIROS,   (02) ) | |
| NUUANU LIQUORS, INC., (03) ) | |
|   doing business as Nuuanu ) | |
|   Liquor & Sundries",     ) | |
| ) | |
| Defendants. ) | |

## ORDER FOR DISMISSAL AS TO DEFENDANT EDWIN C. MEDEIROS

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Indictment returned January 21, 2004 against defendant EDWIN C. MEDEIROS.

As evidenced by the appended Death Certificate issued by the State of Hawaii (marked as Exhibit "1" and provided to the

State of Hawaii (marked as Exhibit "1" and provided to the undersigned by Edwin Medeiros' counsel of record), this defendant died on September 23, 2004.

DATED: Honolulu, Hawaii, November 5, 2004.

EDWARD H. KUBO, JR.
UNITED STATES ATTORNEY
District of Hawaii

By /s/ Michael K. Kawahara
MICHAEL K. KAWAHARA
Assistant U.S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal against defendant EDWIN C. MEDEIROS.

DAVID ALAN EZRA

DAVID A. EZRA
CHIEF U.S. DISTRICT JUDGE

United States v. Sun Kum Medeiros, Edwin C. Medeiros, Nuuanu Liquors, Inc., dba "Nuuanu Liquors & Sundries", Cr. No. 04-0034DAE-02, Order for Dismissal

copies:   United States Marshal
          U.S. Drug Enforcement Administration
          Richard H.S. Sing, Esq. (Attorney for defendant)

STATE OF HAWAII
DEPARTMENT OF HEALTH
OFFICE OF HEALTH STATUS MONITORING

# CERTIFICATE OF DEATH

STATE FILE NO. 151  06872

| 1. DECEASED — FIRST NAME | MIDDLE NAME | LAST NAME | 2. SEX | 3. DATE OF DEATH (MONTH, DAY, YEAR) |
|---|---|---|---|---|
| Edwin | Carriera | Medeiros | Male | September 23, 2004 |

| 4a. RACE | 4b. IS PERSON OF SPANISH ORIGIN? | 5a. AGE—LAST BIRTHDAY (Years) | 5b/c/d. UNDER 1 YR/DAY/HRS/MIN | 6. DATE OF BIRTH | 7a. COUNTY OF DEATH |
|---|---|---|---|---|---|
| Hawaiian, Portuguese | NO 6 X | 58 | | September 3, 1946 | Honolulu |

| 7a-1. ISLAND OF DEATH | 7b. CITY, TOWN OR LOCATION OF DEATH | 7c. HOSPITAL OR OTHER INSTITUTION NAME | 7d. IF HOSP. OR INST. INDICATE DOA, OP/EMER. RM., INPATIENT |
|---|---|---|---|
| Oahu | Honolulu | Queen's Medical Center | Inpatient |

| 8. STATE OF BIRTH | 9. CITIZEN OF WHAT COUNTRY | 10. MARRIED, NEVER MARRIED, WIDOWED, DIVORCED | 11. SURVIVING SPOUSE | 12. WAS DECEDENT EVER IN U.S. ARMED FORCES? |
|---|---|---|---|---|
| Hawaii | U.S.A. | Married | Sun Kum Kim | Yes |

| 13. SOCIAL SECURITY NUMBER | 14a. USUAL OCCUPATION | 14b. KIND OF BUSINESS OR INDUSTRY | 14c. EDUCATION |
|---|---|---|---|
| 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  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 | Aircraft Mechanic, Retired 507 | Airlines  421 | 12 |

| 15a. RESIDENCE-STATE | 15b. COUNTY | 15c. CITY, TOWN OR LOCATION | 15d. INSIDE CITY LIMITS | 15e. NUMBER, STREET AND ZIP |
|---|---|---|---|---|
| Hawaii | Honolulu | Honolulu | Yes | 3059 Ala Ilima Street #504  96818 |

| 16. FATHER — FIRST NAME | MIDDLE NAME | LAST NAME | 17. MOTHER — FIRST NAME | MIDDLE NAME | MAIDEN NAME |
|---|---|---|---|---|---|
| Edward | C. | Medeiros | Hattie | H. | Medeiros |

| 18a. INFORMANT — NAME | 18b. MAILING ADDRESS |
|---|---|
| Sun Kum Medeiros | 3059 Ala Ilima Street #504, Honolulu, Hawaii 96818 |

| 19a. BURIAL, CREMATION, REMOVAL | 19b. CEMETERY OR CREMATORY NAME | 19c. LOCATION CITY OR TOWN, STATE |
|---|---|---|
| Burial | Hawaii State Veteran's Cemetery | Kaneohe, Hawaii |

| 19d. DATE | 19e. PERMIT NUMBER | 20a. FUNERAL HOME—NAME | 20b. FUNERAL DIRECTOR—SIGNATURE |
|---|---|---|---|
| October 7, 2004 | #5797 | Hawaiian Memorial Park Mortuary | Kathleen Adric |

21a. To the best of my knowledge, death occurred at the time, date and place and due to the cause(s) and circumstances stated and described below (Signature and Title)

ALTERED #13 - OCT 18 2004
Evid. Filed
Driver's Lic.

| 21b. DATE SIGNED | 21c. TIME OF DEATH |
|---|---|

21d. NAME OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER

22a. On the basis of examination and/or investigation, in my opinion death occurred at the time, date and place and due to the cause(s) and circumstances stated and described below
(Signature and Title) ▶ Gayle F. Suzuki, MD

| 22b. DATE SIGNED | 22c. TIME OF DEATH |
|---|---|
| September 24, 2004 | 4:30 p.m. |
| 22d. PRONOUNCED DEAD | 22e. PRONOUNCED DEAD (TIME) |
| September 23, 2004 | 4:30 p.m. |

23. NAME AND ADDRESS OF CERTIFIER: Gayle F. Suzuki, M.D., 835 Iwilei Road, Honolulu, Hawaii 96817

24a. REGISTRAR - SIGNATURE: S. Ihina

| 24b. DATE RECEIVED BY LOCAL REGISTRAR | 24c. DATE FILED BY STATE REGISTRAR |
|---|---|
| OCT - 5 2004 | OCT - 5 2004 |

PART I. DEATH WAS CAUSED BY:

25. CONDITIONS, IF ANY, WHICH GAVE RISE TO IMMEDIATE CAUSE (a), STATING THE UNDERLYING CAUSE LAST

(a) IMMEDIATE CAUSE: Craniocerebral injuries
(b) DUE TO, OR AS A CONSEQUENCE OF: Blunt force injuries of head
(c) DUE TO, OR AS A CONSEQUENCE OF: Assault

APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH

PART II. OTHER SIGNIFICANT CONDITIONS

FOR OFFICIAL GOVERNMENT USE ONLY.
DO NOT RELEASE TO REGISTRANT.

26a. AUTOPSY: Yes
26b. IF YES, WERE FINDINGS CONSIDERED IN DETERMINING CAUSE OF DEATH? Yes

| 27a. ACCIDENT, SUICIDE, HOMICIDE, OR UNDETERMINED | 27b. DATE OF INJURY | 27c. TIME OF INJURY | 27d. DESCRIBE HOW INJURY OCCURRED |
|---|---|---|---|
| Homicide | September 19, 2004 | Approx. 7:00 p.m. | The decedent sustained head injuries during assault by assailant. |

| 27e. INJURY AT WORK? | 27f. PLACE OF INJURY |
|---|---|
| Yes | Store |

27g. LOCATION: Nuuanu Liquors & Sundries, 1627 Nuuanu Avenue, Honolulu, Hawaii

NOV - 1 2004

**FOR OFFICIAL USE ONLY**

I CERTIFY THIS IS A TRUE COPY OR ABSTRACT OF THE RECORD ON FILE IN THE HAWAII STATE DEPARTMENT OF HEALTH

Alvin T. Onaka, Ph.D.
STATE REGISTRAR



EXHIBIT 1